AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Hikmat Mansour

V.

Hon. Alberto Gonzales
Attorney General
United States Department of Justice

**SUMMONS IN A CIVIL CASE**

CASE

Case: 1:07-cv-01004
Assigned To : Robertson, James
Assign. Date : 6/4/2007
Description: Employ. Discrim.

TO: (Name and address of Defendant)

Hon. Alberto Gonzales, Attorney General
United States Department of Justice
950 Pennsylvania Ave., N.W.
Washington, D.C. 20530-0001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jason H. Ehrenberg
Bailey & Ehrenberg PLLC
1155 Connecticut Avenue, N.W.
Suite 1100
Washington, D.C. 20036

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                    JUN - 4 2007
CLERK                                       DATE

_____
(By) DEPUTY CLERK

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Hikmat Mansour

vs.

Hon. Alberto Gonzalez, Attorney General, United States Department of Justice

No. 1:07-CV-01004 JR

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

I, WESLEY JENNINGS, having been duly authorized to make service of the Summons, Complaint, Notice Of Right To Consent To Trial Before A United States Magistrate Judge and Initial Electronic Case Filing Order in the above entitled case, hereby depose and say:

That my date of birth / age is 03-01-1980.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 10:25 am on June 7, 2007, I served Honorable Alberto Gonzalez, United States Attorney General at 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001 by serving Willo T. Lee, Mailroom Clerk, authorized to accept. Described herein:

```
   SEX-    FEMALE
   AGE-    60
HEIGHT-    5'9"
  HAIR-    BROWN
WEIGHT-    190
  RACE-    BLACK
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on  6-7-07
             Date

*Wesley Jennings*
WESLEY JENNINGS
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 189233