UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **HIKMAT MANSOUR**, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.: 07-1004 (JR) |
| | ) |
| **ALBERTO GONZALES**, | ) |
| **Attorney General, United States** | ) |
| **Department of Justice**, | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT'S CONSENT MOTION FOR AN ENLARGEMENT OF TIME
TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Defendant, through counsel, respectfully moves this Court for a three-week enlargement of time, up to and including August 27, 2007, to file his response to Plaintiff's complaint. In support of this motion, Defendant states the following:

1. Plaintiff filed his complaint in this Court on June 4, 2007. Service was perfected on the United States on June 7, 2007. In his complaint, Plaintiff asserts claims pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, et seq., and Section 1981, 42 U.S.C. § 1981, regarding discrimination and harassment he contends to have suffered as a result of his race, color, national origin, religion, and alleged protected activities. Defendant's answer or response to the complaint is currently due on August 6, 2007.

2. The undersigned counsel has been informed by counsel for the agency where Plaintiff is employed, the Federal Bureau of Prisons, that the agency is currently engaged in settlement discussions with Plaintiff's counsel regarding Plaintiff's administrative claims.

Agency counsel anticipates that any settlement of those claims would encompass Plaintiff's current complaint in this Court.

3.      In the event this matter does not settle, in light of her substantial case load, the undersigned counsel will require additional time to review the complete administrative file pertaining to Plaintiff's claim, and to coordinate a response to the complaint with the agency. Accordingly, Defendant seeks a three-week extension of time, up to and including August 27, 2007, in which to answer or otherwise respond to Plaintiff's complaint.

4.      Pursuant to LCvR 7(m), counsel for Defendant contacted Plaintiff's counsel regarding the relief sought in this motion. Counsel for Plaintiff indicated that he will not oppose this motion.

Dated: August 3, 2007

Respectfully submitted,

　　/s/ Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

　　/s/ Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

　　/s/ Michelle N. Johnson
MICHELLE N. JOHNSON, D.C. BAR # 491910
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W. – Room E4212
Washington, D.C. 20530
(202) 514-7139

COUNSEL FOR DEFENDANT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **HIKMAT MANSOUR**, | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) Civil Action No.: 07-1004 (JR) |
|  | ) |
| **ALBERTO GONZALES,** | ) |
| **Attorney General, United States** | ) |
| **Department of Justice**, | ) |
|  | ) |
| Defendant. | ) |

### ORDER

This matter having come before this Court on Defendant's Consent Motion for an Enlargement of Time to Answer or Otherwise Respond to the Complaint, it is hereby

**ORDERED** that Defendant's motion is **GRANTED**. It is further

**ORDERED** that Defendant shall file its response to Plaintiff's complaint on or before August 27, 2007.

**SO ORDERED** this ____ day of _____, 2007.

_____
JAMES ROBERTSON
United States District Court Judge