

FILED
AUG 0 7 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HIKMAT MANSOUR, )
)
Plaintiff, )
)
v. ) Civil Action No.: 07-1004 (JR)
)
ALBERTO GONZALES, )
Attorney General, United States )
Department of Justice, )
)
Defendant. )

## ORDER

This matter having come before this Court on Defendant's Consent Motion for an Enlargement of Time to Answer or Otherwise Respond to the Complaint, it is hereby

**ORDERED** that Defendant's motion is **GRANTED**. It is further

**ORDERED** that Defendant shall file its response to Plaintiff's complaint on or before August 27, 2007.

SO ORDERED this 7th day of August, 2007.

JAMES ROBERTSON
United States District Judge