IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HIKMAT MANSOUR : | |
| : | |
| Plaintiff, : | |
| : | Case No.  1:07-cv-1004 |
| vs. : | |
| : | |
| HON. ALBERTO GONZALEZ, : | **Jury Trial Demanded** |
| ATTORNEY GENERAL, : | |
| UNITED STATES : | |
| DEPARTMENT OF JUSTICE : | |
| : | |
| Defendant. : | |

**NOTICE OF DISMISSAL WITH PREJUDICE**
**[FED. R. CIV. P. 41(a)(1)(i)]**

In accordance with Federal Rule of Civil Procedure 41(a)(1)(i), Plaintiff Hikmat Mansour voluntarily dismisses this action with prejudice.  Plaintiff notes that this voluntary dismissal pursuant to Rule 41(a)(1)(i) is procedurally appropriate because the time for Defendant to serve its answer or otherwise respond has not yet passed.


Dated:  September 6, 2007         //s// *Jason H. Ehrenberg*
                                  Jason H. Ehrenberg
                                  BAILEY & EHRENBERG PLLC
                                  1155 Connecticut Avenue, NW, Suite 1100
                                  Washington, D.C. 20036
                                  Telephone: (202) 465-4729
                                  Facsimile: (202) 318-7071
                                  E-mail: jhe@becounsel.com

                                  *Counsel to Plaintiff*

1

2

## CERTIFICATE OF SERVICE

I, Jason H. Ehrenberg, hereby certify that on this 6th day of September 2007, I caused a true and correct copy of the foregoing to be served via the District Court's ECF electronic filing system upon the following:

Michelle Nicole Johnson
UNITED STATES ATTORNEY'S OFFICE
555 Fourth Street, NW
Room E-4212
Washington, DC 20530

//s// *Jason H. Ehrenberg*
_____
Jason H. Ehrenberg